IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-41096
_____

UNITED STATES OF AMERICA,

                                            Plaintiff-Appellant,

versus

REYNALDO VILLARREAL-ZAPATA,

                                            Defendant-Appellee.

_____

Appeal from the United States District Court for
the Southern District of Texas
(USDC No. M-89-CR-75-1)
_____

September 8, 2000

Before REAVLEY, BENAVIDES and DENNIS, Circuit Judges.

PER CURIAM:[*]

The district court, fully aware of the sentencing guidelines, defendant's conduct

and his demeanor before the court, decided that defendant was entitled to reduction of

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

offense points for acceptance of responsibility.  That decision merits special deference, and we will not disturb it.

AFFIRMED.